1

2

3

4

5

6

7

8

9          **IN THE UNITED STATES DISTRICT COURT**

10          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

11

12   UNITED STATES OF AMERICA,                    CASE NOS. CR F 85-0167 LJO and CV F 09-
                                                  0497
13
                        Plaintiff,          _____**ORDER ON DEFENDANT'S LETTER**
14          vs.
                                                  (Doc. 1.)
15   BENNIE DUNGAN,

16                        Defendant.
     _____/
17

18          This Court has reviewed defendant's April 15, 2009 letter, which this Court construes to request

19   assistance as to the U.S. Parole Commission's treatment of plaintiff's potential parole.  This Court is

20   unable to assist defendant in the matter and urges defendant to contact the U.S. Parole Commission

21   directly.

22          IT IS SO ORDERED.

23   **Dated:    April 23, 2009**              _____/s/ Lawrence J. O'Neill_____
                                                  UNITED STATES DISTRICT JUDGE
24

25

26

27

28

1