# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NOS. CR F 85-0167 LJO and CV F 09-0497 |
| Plaintiff, | **ORDER ON DEFENDANT'S REQUEST FOR APPOINTMENT OF COUSEL** |
| vs. | (Doc. 229.) |
| BENNIE DUNGAN, | |
| Defendant. | |

This Court DENIES defendant's request for appointment of counsel given the absence of pending matters before this Court.

IT IS SO ORDERED.

**Dated:   October 14, 2010**                    /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE

1