IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>  vs.<br><br>BENNIE DUNGAN,<br><br>                 Defendant.<br>                                            / | CASE NOS. CR F 85-0167 LJO and CV F 09-0497<br><br>**ORDER TO VACATE ORDER TO DENY APPOINTMENT OF COUNSEL**<br><br>(Doc. 230.) |

Given that U.S. Magistrate Judge Dennis Beck's October 9, 2010 order appointed counsel for Bennie Dungan, this Court VACATES its October 14, 2010 order to deny counsel.

IT IS SO ORDERED.

**Dated:   November 12, 2010**           /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE